## BANK OF THE REPUBLIC v. MILLARD.

ERROR TO THE SUPREME COURT OF THE DISTRICT OF COLUMBIA.

No. 240. Submitted October 27, 1879. — Decided November 3, 1879.

*Railroad Co.* v. *Grant*, 98 U. S. 398, followed.

MOTION TO DISMISS. The case is stated in the opinion.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The value of the matter in dispute in this case is less than twenty-five hundred dollars, and, therefore, under our ruling in *Railroad Co.* v. *Grant*, 98 U. S. 398, the judgment is not now reviewable here. The special allowance of a writ of error to reverse a former judgment in the same cause, under which a reversal was had, cannot be made applicable to this writ, because the case as now presented is entirely different from what it was before. In fact, after the case went back, it was made to conform to what, as was suggested in the opinion reported in 10 Wall. 157, might perhaps entitle the plaintiff to recover.

The motion to dismiss is granted, each party to pay his own costs.                                         *Dismissed.*

*Mr. J. H. Bradley* for plaintiff in error.

*Mr. R. D. Mussey* for defendant in error.

---

## GAGE v. CARRAHER.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF ILLINOIS.

No. 243. Submitted April 6, 1880. — Decided April 12, 1880.

*Removal Cases*, 100 U. S. 457, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The order remanding this cause to the state court is affirmed on the authority of *Meyer* v. *Construction Co.*, 100 U. S. 457. Carraher occupies one side of the controversy about which the suit is brought, that is to say, the title to the property in question, and Portia Gage, Henry H. Gage and John Forsythe the other. Henry H. Gage and Forsythe are citizens of the same State with Carraher. There is no controversy in the suit which is wholly between citizens of different States and which can be fully determined as between them.                          *Affirmed.*

*Mr. Henry D. Beam* for appellant.

*Mr. James E. Munroe* and *Mr. W. C. Goudy* for appellee.